IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY CANTRELL | ) |
| | ) |
| v. | ) NO. 3:03-0082 |
| | ) JUDGE CAMPBELL |
| NISSAN NORTH AMERICA, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Strike Plaintiff's Request for a Jury Trial on her ADA Retaliation Claim and Motion to Exclude Compensatory and Punitive Damages (Docket No. 45). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED. This case is set for a bench trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE